UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MARSHALL KRIMSKY,                                              :
:
                        Plaintiff,                 :
:         23 Civ. 6252 (JPC)
      -v-                                                                :
:         ORDER
WESTORCK COMPANY *et al.*,                              :
:
                      Defendants.         :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On December 19, 2023, the Court ordered the parties to submit a joint letter with, among other things, a description of the case and a status update on any settlement talks in advance of the initial pretrial conference scheduled for January 8, 2024. Dkt. 11. The Court also ordered the parties to submit a proposed case management plan and scheduling order. *Id*. Both items were due January 2, 2024. The parties failed to submit either.

      By 5:00 p.m. on January 5, 2024, it is hereby ordered that the parties must file on ECF the joint letter and the proposed case management plan and scheduling order described in the Order at Docket Number 11. The Court advises the parties that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

      SO ORDERED.

Dated: January 3, 2024
       New York, New York                          _____
                                                                    JOHN P. CRONAN
                                                                    United States District Judge