UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:___02/27/2024___
```

MARSHALL KRIMSKY,

                                     Plaintiff,

            -against-

WESTROCK COMPANY and WESTROCK
SERVICES, LLC,

                                     Defendants.

23-CV-06252 (MMG)

**NOTICE OF
REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

        This case has been reassigned to the undersigned.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the close of fact discovery on **May 30, 2024**.

        However, in accordance with Rule II(B)(9) of the Court's Individual Rules & Practices, it is hereby ORDERED that all parties shall follow the Court's procedures for post-fact-discovery communications with the Court and shall appear for a post-fact-discovery conference on **Tuesday, June 25, 2024 at 9:30 a.m.**  The close of expert discovery, which is currently scheduled for **July 8, 2024**, shall be adjourned pending the June 25 conference.  All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: February 27, 2024
        New York, New York

                                     SO ORDERED.

                                     MARGARET M. GARNETT
                                     United States District Judge