UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARSHALL KRIMSKY<br><br>     Plaintiff<br><br>-against-<br><br>WESTROCK COMPANY and WESTROCK SERVICES, LLC<br><br>     Defendants. | Case No.: 23-Civ-6252 (JPC) |

**NOTICE OF MOTION FOR SUMMARY JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 56**

  Pursuant to Federal Rule of Civil Procedure 56, Defendants, through their attorneys, Cozen O'Connor, respectfully move for summary judgment on all of Plaintiff's claims, and for other and further relief as the Court deems just and proper. In support, Defendants submit their Memorandum of Law dated March 7, 2025, which is being filed contemporaneously with this motion, Defendant's Statement of Material Facts, a Declaration, Exhibits, and a Proposed Order, which are being filed contemporaneously with this motion.

Dated: March 7, 2025
   New York, New York

                COZEN O'CONNOR

                */s Janice Sued Agresti*_____
                Janice Sued Agresti (Bar No. 5733506)
                3 World Trade Center
                175 Greenwich St., 55th Floor
                New York, NY 10007
                (212) 453-3978
                JAgresti@cozen.com

                Attorneys for Defendants