UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARSHALL KRIMSKY<br><br>           Plaintiff<br><br>   -against-<br><br>WESTROCK COMPANY and WESTROCK SERVICES, LLC<br><br>           Defendants. | Case No.: 23-Civ-6252 (JPC) |

**ORDER GRANTING DEFENDANTS' SUMMARY JUDGMENT MOTION
UNDER FEDERAL RULE OF CIVIL PROCEDURE 56**

Having considered Defendants' Summary Judgment Motion, Plaintiff's Opposition, and Defendants' Reply, it is **HEREBY ORDERED** that:

1. Defendants' Motion for Summary Judgment is **GRANTED**.

2. The Clerk of the Court shall enter judgment for Defendant on each of Plaintiff's claims.

   **IT IS SO ORDERED.**


Dated this _____ day of _____, 2025          _____

                                                                                          J.