UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARSHALL KRIMSKY,<br><br>Plaintiff,<br><br>v.<br><br>WESTROCK COMPANY and WESTROCK SERVICES, LLC,<br><br>Defendants. | Case No. 23-Civ-6252 |

### DECLARATION OF JANICE SUED AGRESTI IN SUPPORT OF SUMMARY JUDGEMENT

Janice Sued Agresti, pursuant to 28 U.S.C. § 1746 hereby declares as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the foregoing Declaration is based on my personal knowledge.

2. I am an associate in the law firm of Cozen O'Connor, and submit this Declaration in support of Defendants' Motion for Summary Judgment.

3. Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiff's deposition transcript.

4. Attached hereto as **Exhibit 2** is a true and correct copy of WESTROCK 000254.

5. Attached hereto as **Exhibit 3** is a true and correct copy of Nickie Parker's deposition transcript.

    a. Attached hereto as **Exhibit 3-a** is a true and correct copy of an exhibit used during Nickie Parker's deposition, WESTROCK 000257.

6. Attached hereto as **Exhibit 4** are compensation-related documents for Plaintiff.

7. Attached hereto as **Exhibit 5** is a true and correct copy of WESTROCK 000267.

LEGAL\76167031\1

8. Attached hereto as **Exhibit 6** is a true and correct copy of Tammy Siracusa's deposition transcript.

9. Attached hereto as **Exhibit 7** is a true and correct copy of Plaintiff's Performance Improvement Plan.

10. Attached hereto as **Exhibit 8** is a true and correct copy of Plaintiff's EEOC Charge.

I state under penalty of perjury that the foregoing is true and correct.

Executed on March 7, 2025.

                                                _s/ Janice Sued Agresti_____
                                                Janice Sued Agresti