| | |
|---|---|
| **From:** | Nickie Parker |
| **Sent:** | Monday, September 12, 2022 8:47 PM |
| **To:** | David Steel; Catherine Smith |
| **Cc:** | Carrie Robards |
| **Subject:** | RE: Marshall Krimsky |

Thanks for the update, David.

At the end of the day, we are actively changing all commercial comp plans across the entire corrugated segment. We need to drive consistent plans and will no longer support individual plans. Continue to hold the line that we are consolidating plans.

**From:** David Steel <david.steel@westrock.com>
**Sent:** Monday, September 12, 2022 2:26 PM
**To:** Nickie Parker <nickie.parker@westrock.com>; Catherine Smith <catherine.smith@westrock.com>
**Cc:** Carrie Robards <carrie.robards@westrock.com>
**Subject:** FW: Marshall Krimsky

Nickie,
Wanted to keep you in the loop here after having our discussion with Marshall. This is the expected feedback and want to handle this discussion appropriately. Should we all get on a call to discuss the appropriate path forward? Please let me know your thoughts. Thank you.

**David Steel**
**Sales Director Graphics Solutions**

WestRock

Office: 630-232-4301
Cell: 630-945-7400
Email: david.steel@westrock.com

**From:** Marshall Krimsky <marshall.krimsky@westrock.com>
**Sent:** Monday, September 12, 2022 12:31 PM
**To:** David Steel <david.steel@westrock.com>
**Subject:** Marshall Krimsky

David

I'm still very rattled about Westrock's intention to dramatically reduce my compensation. In this regard, I joined the Company as a commissioned salesperson. When I was transferred to Graphics, I did not have a written agreement. I therefore gave my manager, Mark Vanderklutte, all my commission statements, and discussed the matter with him. After not getting paid for two months, my manager told me that he could not figure out how my commissions were calculated and finally said he would pay me the same commission amounts I had received the previous year. He did not, to my knowledge, memorialize that in writing, but I have since been paid pursuant to that construct.

Having my compensation cut so drastically (by 75%), especially based on both the above circumstances and the fact that I recently secured the contract with Pepperidge Farm seems very unfair (to say nothing of the fact that I have increased sales over 30% over the past few years and have always had positive reviews).

Let's please discuss when you a chance so we can come to an agreement that is fair and mutually acceptable.

Thanks

Marshall


201-960-2227
646-409-2219

CONFIDENTIAL                                                                WESTROCK 0256