| | |
|---|---|
| **From:** | Nickie Parker |
| **Sent:** | Thursday, October 13, 2022 7:52 PM |
| **To:** | David Steel; Carrie Robards |
| **Subject:** | RE: Preprint and Litho training for Rick and Marshall 11/1-11/2 |

My guidance is to be as specific as possible when documenting behavior. You need to document dates and situations. You also need to document when you set expectations for reporting, meetings, training, etc. I'd recommend following the training in JAX that you send an email to him stating what you learned and the expectation. It needs to be clear it was communicated to him.

**From:** David Steel <david.steel@westrock.com>
**Sent:** Wednesday, October 12, 2022 5:08 PM
**To:** Carrie Robards <carrie.robards@westrock.com>
**Cc:** Nickie Parker <nickie.parker@westrock.com>
**Subject:** FW: Preprint and Litho training for Rick and Marshall 11/1-11/2

Carrie,
Wanted to keep you in the loop on the plan for Marshall. We had a call today, and set the expectation for Marshall to participate in all the aspects of quoting, the new item process… Apparently (according to Marshall), he has never been asked to do any of this work. That all changed today. As a result, we will be bringing him into Jax for training. His attitude is toxic at this point, and if it doesn't improve, we will need to develop a plan to deal with this behavior. Let me know if you want to be in Jax during the training, but as of this point it's not required. More to follow as I spend more time with him. Again, this is just a start of my documentation for Marshall. Thank you.

**David Steel**
**Sales Director Graphics Solutions**

Office: 630-232-4301
Cell: 630-945-7400
Email: david.steel@westrock.com

**From:** David Steel
**Sent:** Wednesday, October 12, 2022 3:15 PM
**To:** Elizabeth Rigdon <elizabeth.rigdon@westrock.com>; Jill Heishman <jill.heishman@westrock.com>
**Cc:** Richard Shue <rick.shue@westrock.com>; Marshall Krimsky <marshall.krimsky@westrock.com>
**Subject:** Preprint and Litho training for Rick and Marshall 11/1-11/2

Jill and Liz,
Per our conversation, we would like to bring in Rick and Marshall for some training on the order process for preprint in specialty packaging. Please confirm that these days work for you and the time. If you would let me know by Friday, that would be great. From there we will set up the travel schedules based on what works for you and or your team. Appreciate the help!

**David Steel**
**Sales Director Graphics Solutions**


1

CONFIDENTIAL                                                                                                          WESTROCK 0257