| GSBM | Annual Salary Annual Bonus | Base | New Business | Total Preprint | Incentive Attainment Level | Incentive % | Incentive Roll Count | Potential Incentive Payout |
|---|---|---|---|---|---|---|---|---|
| Marshall Krimsky | $145,000 | 1032 | 273 | 1305 | At Target | 10% | 1305 | $14,500 |
| 20% Target => | $29,000 | | | | 150% | 15% | 1442 | $21,750 |
| | | | | | 200% | 20% | 1510 | $29,000 |

FY23 Lithography Budget

Litho Incentive Payout Levels

| Target | Incentive Attainment Level | Incentive % | Incentive Litho Sales | Potential Incentive Payout |
|---|---|---|---|---|
| $5,475,000 | At Target | 5% | $2,525,000 | $7,25 |
| | 150% | 10% | $3,156,250 | $14,50 |
| | 200% | 15% | $3,787,500 | $21,75 |

Performance to Goals Levels

| Incentive Attainment Level | Incentive % | Potential Incentive Payout |
|---|---|---|
| 20% | 1% | $1,4 |
| 60% | 3% | $4,3 |
| At Target | 5% | $7, |
| At Target Earnings => | | $29,0 |
| Maximum Earnings => | | $58,0 |

*No proration between intervals

I have read this sales compensation plan in its entirety and acknowledge that it will be the governing documentation regarding all incentive earnings for which I may be eligible in th Plan year. I understand that this document does not imply a guarantee of employment for this period. I understand that under the terms of this Plan, WestRock reserves the right to modify the Plan.

Employee Signature: _____

Date: 0ct 1, 22

CONFIDENTIAL                                                                                                          WESTROCK 0267