Exhibit F
Date 7-24-24



# PERFORMANCE IMPROVEMENT PLAN

| | | | |
|---|---|---|---|
| **To:** | Marshall Krimsky | **From:** | Tammie Siracusa |
| **Date:** | January 15, 2024 | **Copies to:** | Carrie Robards |
| **Subject:** | 60-Day Performance Improvement Plan | | |

A performance improvement plan (PIP) is an indicator that it is necessary to discuss your current performance and to offer an objective and disciplined approach to improving your performance. To be successful at WestRock, you must consistently perform at a level that meets the expectations required for your role as Graphics Business Manager. Your current performance level falls below WestRock's expectations as reflected in your FY23 performance evaluation.

Below are clear performance targets for the 60-day PIP period to help you perform your role successfully going forward. You are expected to complete each action item below by the date specified. The action items are designed to help you achieve the performance targets outlined below. We will meet biweekly (or as needed) to discuss your progress on each action item below.

## Performance Targets:

- Develop a clear, specific plan to achieve sales revenue of at least $10 million.
- Utilize Salesforce for new customers and opportunities, as well as managing current business.
- Become proficient in Microsoft Outlook and Teams.

## Action Items:

- **Complete Key Account Plan (KAP) for Campbell's**
  - Identify opportunities within Campbell's to maintain 25% of FY23 business and execute forward actions by deliverable dates set forth in the KAP.
  - Prepare a detailed written KAP to grow WestRock's current share of Campbell's business in order to maintain 25% before the end of FY24. Your KAP must be emailed to me for my review and approval no later than **January 31, 2024**.

- **Achieve sales revenue of at least $10 million in FY24**
  - Qualify at least three new accounts to generate sales for WestRock.
  - By **March 1, 2024**, you must submit to me a detailed written plan to achieve and sustain $10 million in revenue including Campbell's and new accounts.

- **Coordinate a monthly meeting with Operations team to review Campbell's account**
  - You must establish a regular cadence for Microsoft Teams meetings with the WestRock operations team members who support the Campbell's account. Your first meeting should be held on or before **January 31, 2024**.
  - Your monthly meetings with the operations team should cover agenda topics that include, but are not limited to, the following: new items, forecast, and quality issues.

CONFIDENTIAL                                                                                      WESTROCK 0207



- o You must prepare a written agenda for each monthly call, and you must include me on all calendar invitations for the monthly calls. When my schedule allows, I will attend those meetings to observe your performance.
- o Your monthly meetings must be conducted via Microsoft Teams because it is WestRock's exclusive virtual meeting platform. To ensure that you know how to use Microsoft Teams proficiently, WestRock will provide you with training as set forth below.

- **Complete training for Microsoft Outlook and Teams**

  - o **Utilize Outlook effectively for scheduling meetings and your Paid Time Off**
    - HR Manager Carrie Robards will contact you about scheduling virtual training sessions on Microsoft Outlook. These training sessions are not optional. You must complete this training by **January 31, 2024**.
    - You must attend each session assigned to you. Microsoft Outlook is WestRock's exclusive email and calendaring software, so it is critical that you know how to use it proficiently to communicate with both internal and external clients.
  - o **Utilize Teams effectively for meetings and presentations**
    - Carrie will also contact you about scheduling virtual training sessions on Microsoft Teams. These training sessions are not optional. You must complete this training by **January 31, 2024**.
    - You must attend each session assigned to you. It is critical that you know how to use Teams proficiently so that you can conduct virtual meetings with internal and external stakeholders.

- **Complete Salesforce training**
  - o Modules to be completed are as follows: CRM basics, Leads, Accounts, Contacts, Call Reports, Opportunities, and Cross-Selling Program. These modules include how to navigate each area, new entries, changes, and modifications.
  - o This training can be completed through self-service modules in the sales resource center in Salesforce, or a virtual or in person session can be arranged.
  - o This training must be completed by **February 9, 2024**.

- **Maintain active pipeline in Salesforce**
  - o You must enter all new opportunities and update all opportunities in Salesforce through various stages.
  - o We will discuss your existing Salesforce pipeline by **February 9, 2024**.

**Progress Checkpoints:**

- **Mid-Point Meeting**: On or around February 9, 2024, we will hold a 30-Day Performance Assessment Meeting with HR (Carrie Robards) to evaluate your progress to date.

- 2 -



- **Final Assessment Meeting**: On or around March 11, 2024, we will meet with HR again to review your progress against the improvement targets and to discuss next steps.

## Timeline for Improvement, Consequences, and Expectations:

Effective today, you have been placed on a 60-day PIP that will remain in effect through and including **Monday, March 11, 2024**. During the PIP period, you are expected to make significant progress on the performance targets outlined above.

**Failure to meet or exceed outlined performance improvement targets will result in further action, up to and including termination.** While this is a 60-day PIP, you should understand that we must see immediate and sustained improvement. If sufficient progress is not made at any point during the PIP, your employment may be terminated.

Continued employment depends upon consistent and sustained performance. Nothing in this plan alters your employment at will relationship with WestRock. Additionally, the contents of this PIP are to remain confidential. If you choose not to sign below, this PIP will go into effect today and will remain in effect for a 60-day period.

Signature: _____  Date: _____
Marshall Krimsky

CONFIDENTIAL										WESTROCK 0209

**Progress Checkpoints:**

- **Check-In Meetings:** We will meet weekly (or as often as needed) to discuss your progress during the extended PIP period. Our meetings will be held via Microsoft Teams. You must be on camera for all meetings. Please prepare accordingly.

- **Final Assessment Meeting:** On or around May 28, 2024, we will meet with HR again to review your progress against the action items outlined above.

**Timeline for Improvement, Consequences, and Expectations:**

Effective today, your PIP period has been extended through and including Tuesday, May 28, 2024. During the extended PIP period, you are expected to complete the action items outlined above.

Failure to complete the outlined action items and achieve the performance improvement targets will result in further action, up to and including termination. You should understand that we must see immediate and sustained improvement. If sufficient progress is not made at any point during the extended PIP period, your employment may be terminated.

Continued employment depends upon consistent and sustained performance. Nothing in this plan alters your employment at will relationship with WestRock. Additionally, the contents of this PIP are to remain confidential. If you choose not to sign below, this PIP will remain in effect.

Signature: _____ I acknowledge Receival of my Extended PIP is OPV of my Best Efforts

Marshall Krimsky

Date: 4/1/24

- 5 -



## PERFORMANCE IMPROVEMENT PLAN

| | | | |
|---|---|---|---|
| **To:** | Marshall Krimsky | **From:** | Tammie Siracusa |
| **Date:** | April 26, 2024 | **Copies to:** | Carrie Robards |
| **Subject:** | 60-Day Performance Improvement Plan; Final **30-Day Extension** | | |

A performance improvement plan (PIP) is an indicator that it is necessary to discuss your current performance and to offer an objective and disciplined approach to improving your performance. To be successful at WestRock, you must consistently perform at a level that meets the expectations required for your role as Graphics Business Manager. Your current performance level falls below WestRock's expectations as reflected in your FY23 performance evaluation.

This is a follow up to the PIP issued on January 15th and initially extended for 30 days on April 26, 2024. To date, you have not made significant progress on the PIP despite our efforts to help you accomplish all the action items listed below. Incomplete action items have been identified. In a final attempt to help you successfully complete those action items, the PIP will be an extended an additional 30 days from today.

The expectations are outlined below in order for you to perform successfully going forward. You are expected to complete each action item below by the date specified. The action items are designed to help you achieve the performance targets outlined below. We will meet weekly (or as needed) to discuss your progress on each action item below.

### Performance Targets:

- Develop a clear, specific plan to achieve sales revenue of at least $10 million.
- Utilize Salesforce for new customers and opportunities, as well as managing current business.
- Become proficient in Microsoft Outlook and Teams.

### Action Items:

- **Complete: Complete Key Account Plan (KAP) for Campbell's**

    - Identify opportunities within Campbell's to maintain 25% of FY23 business and execute forward actions by deliverable dates set forth in the KAP.
    - Prepare a detailed written KAP to grow WestRock's current share of Campbell's business in order to maintain 25% before the end of FY24. Your KAP must be emailed to me for my review and approval no later than **January 31, 2024**.

- **Incomplete: Achieve sales revenue of at least $10 million in FY24**

    - Qualify at least three new accounts to generate sales for WestRock.
    - By **March 1, 2024**, you must submit to me a detailed written plan to achieve and sustain $10 million in revenue including Campbell's and new accounts.



- **Follow up action required:**
    - The below sales plan was sent on March 1st. The format of your sales plan is unpolished and unprofessional. An email is not an unacceptable format for your sales plan, and it is not what I expect from an experienced sales professional.
    - In subsequent calls since March 1, there has been no update on activity from this sales plant and no new account opportunities been entered into salesforce.
    - Follow up action required:
        - Revise your sales plan by May 10: You must prepare a written sales plan in Microsoft Word or PowerPoint. Your sales plan must include goals that are SMART (i.e., Specific, Measurable, Achievable, Relevant, and Time-Bound). You should research how to prepare a sales plan using resources available to you such as the internet, the library, and your colleagues. To be clear, you are prohibited from using Artificial Intelligence ("AI") to help you prepare the sales plan. In your revised sales plan, you must identify each prospect referenced in your original plan by their full name, job title, company, and contact information (i.e., email address and telephone number). In addition, you will enter each prospect's complete information into Salesforce. You cannot provide a general description of an individual as you did in the original sales plan. Rather, you must properly identify everyone that you consider a prospect. You will present the revised plan to me via Microsoft Teams on or around May 10. You must be prepared to share your screen during that Teams call to walk me through your plan.
        - Hold a sales call with a prospect by May 25. You must schedule and hold a sales call via telephone or Teams with at least one prospect identified in your plan. You will invite another WestRock teammate to that call to support and participate as needed. After the call, you will email the prospect with specific next steps you will complete. You will copy me on all follow up emails to the prospect.
        - Create a robust prospect list by May 15: Generate leads and qualify prospects that fit WestRock's graphics or display capabilities. Develop actions for your prospect list (such as sales/capabilities presentations to prospects; in person when possible) you are taking on each customer to expedite their movement on the customer buying journey.
        - In addition, the quality issues mentioned in the sales plan are being addressed jointly by the operations team at WestRock and the Denver plant as the customer is also having machine issues.

**From:** Marshall Krimsky <marshall.krimsky@westrock.com>
**Sent:** Friday, March 1, 2024 10:36 AM
**To:** Tammie Siracusa <tammie.siracusa@westrock.com>
**Subject:** sales plan

Pepperidge Farm / Campbell Soup

- 2 -

CONFIDENTIAL                                                                                     WESTROCK 0212



The Majority of work is still on Hold until we fix our Quality issues at the Denver Pa plant! Once this is done hopefully they will open the doors again!

In contact with Buyer and Packaging engineer for the Salty Division ( Snyders Lance)! Waiting on word from Top Management to proceed!
Same with the Swanson division at Campbells!
Potential buy ....Approx. $ 2-6mm annually !

Bic Corp.

Relationship Based!

I know Senior Pkg Engineer for over 20 years! Also Friendly with director of Marketing for Lighters world wide!!

Would like to start sending Email Blasts to them to start off! And also a generic power point presentation!
Potential Buy...... $1- 5MM annually

Melissa & Doug

Relationship Based!

Friendly with Sr. Packaging person for new products and innovation. Also friendly with Marketing person ( wife of a friend)

Would like to start sending Email Blasts and a Generic power point presentation to start!
Potential Buy.... $1- 3mm annually!

Working on getting some more Opportunities!

Thank You

Marshall

- **Incomplete: Coordinate a monthly meeting with Operations team to review Campbell's account**
    - You must establish a regular cadence for Microsoft Teams meetings with the WestRock operations team members who support the Campbell's account. Your first meeting should be held on or before **January 31, 2024**.
    - Your monthly meetings with the operations team should cover agenda topics that include, but are not limited to, the following: new items, forecast, and quality issues.

- 3 -



- o You must prepare a written agenda for each monthly call, and you must include me on all calendar invitations for the monthly calls. When my schedule allows, I will attend those meetings to observe your performance.
- o Your monthly meetings must be conducted via Microsoft Teams because it is WestRock's exclusive virtual meeting platform. To ensure that you know how to use Microsoft Teams proficiently, WestRock will provide you with training as set forth below.

- **As of April 28th, you have not established any regular cadence with the operations team that supports the Campbell's account.**
  - o Follow up action required: You must schedule a monthly call by sending a Microsoft Outlook calendar invitation to the team by May 1. You must include me on that calendar invitation. You must hold the call by May 10.

- **Complete: Complete training for Microsoft Outlook and Teams**

  - o **Utilize Outlook effectively for scheduling meetings and your Paid Time Off**
    - HR Manager Carrie Robards will contact you about scheduling virtual training sessions on Microsoft Outlook. These training sessions are not optional. You must complete this training by **January 31, 2024**.
    - You must attend each session assigned to you. Microsoft Outlook is WestRock's exclusive email and calendaring software, so it is critical that you know how to use it proficiently to communicate with both internal and external clients.
  - o **Utilize Teams effectively for meetings and presentations**
    - Carrie will also contact you about scheduling virtual training sessions on Microsoft Teams. These training sessions are not optional. You must complete this training by **January 31, 2024**.
    - You must attend each session assigned to you. It is critical that you know how to use Teams proficiently so that you can conduct virtual meetings with internal and external stakeholders.

- **Complete: Complete Salesforce training**
  - o Modules to be completed are as follows: CRM basics, Leads, Accounts, Contacts, Call Reports, Opportunities, and Cross-Selling Program. These modules include how to navigate each area, new entries, changes, and modifications.
  - o This training can be completed through self-service modules in the sales resource center in Salesforce, or a virtual or in person session can be arranged.
  - o This training must be completed by **February 9, 2024**.

- **Incomplete: Maintain active pipeline in Salesforce**
  - o You must enter all new opportunities and update all opportunities in Salesforce through various stages.
  - o We will discuss your existing Salesforce pipeline by **February 9, 2024**.

- 4 -



- As of April 28th, no new account opportunities have been entered into salesforce. In the past 12 months, only 3 opportunities have been entered for Pepperidge Farms.
  - Follow up action required: Effective immediately, you must enter opportunities into Salesforce on a weekly basis. Your failure to enter opportunities into Salesforce weekly demonstrates your lack of productivity as a Graphic Business Manager.

## Progress Checkpoints:

- **Check-In Meetings**: We will meet weekly (or as often as needed) to discuss your progress during the extended PIP period. Our meetings will be held via Microsoft Teams. You must be on camera for all meetings. Please prepare accordingly.

- **Final Assessment Meeting**: On or around May 28, 2024, we will meet with HR again to review your progress against the action items outlined above.

## Timeline for Improvement, Consequences, and Expectations:

Effective today, your PIP period has been extended through and including **Tuesday, May 28, 2024**. During the extended PIP period, you are expected to complete the action items outlined above.

**Failure to complete the outlined action items and achieve the performance improvement targets will result in further action, up to and including termination.** You should understand that we must see immediate and sustained improvement. If sufficient progress is not made at any point during the extended PIP period, your employment may be terminated.

Continued employment depends upon consistent and sustained performance. Nothing in this plan alters your employment at will relationship with WestRock. Additionally, the contents of this PIP are to remain confidential. If you choose not to sign below, this PIP will remain in effect.


Signature: _____    Date: _____
              Marshall Krimsky

CONFIDENTIAL                                                                WESTROCK 0215



**WestRock**

- **Final Assessment Meeting:** On or around March 11, 2024, we will meet with HR again to review your progress against the improvement targets and to discuss next steps.

<u>Timeline for Improvement, Consequences, and Expectations:</u>

Effective today, you have been placed on a 60-day PIP that will remain in effect through and including **Monday, March 11, 2024.** During the PIP period, you are expected to make significant progress on the performance targets outlined above.

**Failure to meet or exceed outlined performance improvement targets will result in further action, up to and including termination.** While this is a 60-day PIP, you should understand that we must see immediate and sustained improvement. If sufficient progress is not made at any point during the PIP, your employment may be terminated.

Continued employment depends upon consistent and sustained performance. Nothing in this plan alters your employment at will relationship with WestRock. Additionally, the contents of this PIP are to remain confidential. If you choose not to sign below, this PIP will go into effect today and will remain in effect for a 60-day period.
I acknowledge + recieved this copy of my PIP
Signature: _____ Marshall Kumsky    Date: 1/12/24

WESTROCK 0216

CONFIDENTIAL



June 6, 2024

VIA FEDEX
NEXT DAY DELIVERY

Marshall Krimsky
235 East 57th Street #PHJ
New York, New York 10022

Dear Marshall,

In follow up to our recent call, this letter confirms that your employment with WestRock Services, LLC ("WestRock") has been terminated effective June 6, 2024. As discussed during our call, your employment has been terminated because you failed to complete the Performance Improvement Plan (PIP) issued to you on January 16, 2024. Despite receiving extensions of the initial 60-day PIP period, you failed to complete specific action items marked as "incomplete" in the enclosed document dated April 26, 2024. Please find enclosed a Separation Agreement and Release for your consideration.

You have been paid through your termination date. With respect to your benefits, your healthcare and dental coverage (if any) will continue through the end of the month. You will receive information in the mail regarding your benefits and COBRA coverage (if applicable) from the WestRock Benefits Center (WBC). Please contact the WBC with any questions about your benefits. The WBC can be reached by calling (800) 540-4272.

With respect to your 401(k) account (if you have one), you may contact Empower to discuss options for your 401(k). Empower can be reached by calling (800) 342-8352. Finally, you will have use of the Employee Assistance Program (EAP) through the end of the month. You may contact Guidance Resources EAP by calling (888) 327-4698.

We wish you all the best in your future endeavors.

Very truly yours,

*Siracusa*

Tammie Siracusa
SVP, Merchandising Display & Graphics

Enclosures

CONFIDENTIAL

WESTROCK 0217